UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MORENO,<br><br>                     Plaintiff,<br><br>v.<br><br>DANIEL PARAMO, et al.,<br><br>                     Defendant. | Case No.: 17cv1449-CAB-KSC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      FRANCISCO MORENO ("Plaintiff"), currently incarcerated at the California Health Care Facility ("CHCF") in Stockton, California, and proceeding pro se, filed a civil rights complaint against the Warden of Richard J. Donovan Correctional Facility ("RJD")(Paramo) and three RJD doctors (Walker, Luu, and Bates) pursuant to 42 U.S.C. §1983, on July 17, 2017. [Doc. No. 1.]

      On January 25, 2018, this Court issued an order 1) sua sponte dismissing Defendant Paramo pursuant to 28 U.S.C. §1915(b)(1) and 2) ordering Plaintiff to file either a written request that the Clerk issue a summons as to the remaining parties (so that Plaintiff may then serve them) or file a written request that the Court order the U.S. Marshal service to serve the remaining parties pursuant to Fed.R.Civ.P. 4(c)(3). [Doc. No. 5 at 8.] Plaintiff was ordered to file one or the other request by February 26, 2018. *Id.* Plaintiff was warned that, if he failed to do so, the action would be dismissed without

prejudice. *Id.* To date, Plaintiff has not filed either request. Therefore, the entire action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall **CLOSE** the case.

    **IT IS SO ORDERED**.

Dated: March 6, 2018

Hon. Cathy Ann Bencivengo
United States District Judge